481 A.2d 363

Handy v. Feingold, Appellants.

Reargument Denied Sept. 11, 1984.

586

Argued June 11, 1984.  Allen L. Feingold, in propria persona, appellant;  Alan J. Jarvis, Assistant District Attorney, for appellee.

Before CIRILLO, BECK and CERCONE, JJ.

Judgment affirmed.